IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT J. THOMSON                                                                                              PLAINTIFF

V.                                                                                           CIVIL ACTION NO. 3:18-cv-195-NBB-RP

GRILLEHOUSE OF SOUTHAVEN, LLC,
AND CLINTON L. BOUTWELL                                                                              DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that the plaintiffs' motion for relief from judgment is DENIED, that the plaintiffs' motion for approval of settlement is DENIED, and that the plaintiffs' motion for attorney fees is DENIED.

This 8th day of July, 2020.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE