IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ROBERT J. THOMSON                                                                                           PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:18-CV-195-NBB-RP

GRILLEHOUSE OF SOUTHAVEN, LLC,
AND CLINTON L. BOUTWELL                                                                             DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiffs' motion for attorneys' fees, expenses, and costs is **GRANTED**, and the plaintiffs are awarded $71,016.02.

This 30th day of March, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE